H:\ljg\30555038\Stipulation of Dismissal.docx
01/26/16 – LJG/kdc

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| LUIS MIGUEL RUIZ § | |
| § | |
| V. § | |
| § | CIVIL ACTION NO. 5:15-CV-80 |
| SWIFT TRANSPORTATION CO. § | |
| OF ARIZONA, LLC, JOSE SANTOS § | |
| SALAS ROBLES, AND JOSE § | |
| ROBERTO CASTILLO § | |

### STIPULATION OF DISMISSAL OF CLAIMS AGAINST JOSE SANTOS SALAS ROBLES AND ROBERTO CASTILLO

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Plaintiff LUIS MIGUEL RUIZ and files this his Stipulation of Dismissal Without Prejudice of Claims Against JOSE SANTOS SALAS ROBLES AND JOSE ROBERTO RUBALCAVA CASTILLO pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and shows the following:

1. The Plaintiff hereby stipulates that all matters in controversy have been resolved and accordingly, this case shall be dismissed without prejudice against JOSE SANTOS SALAS ROBLES AND JOSE ROBERTO RUBALCAVA CASTILLO.

Respectfully submitted,

MARCO A. SALINAS
Federal Bar No. 2563710
KNICKERBOCKER, HEREDIA, JASSO
& STEWART
468 E. Main St.
Eagle Pass, TX 78852

1

Telephone: (830) 773-9228
Facsimile: (830) 773-2582

ATTORNEYS FOR PLAINTIFF,
LUIS MIGUEL RUIZ

AGREED:

_____
LARRY J. GOLDMAN
State Bar No. 08093450
Federal ID No. 341
larry@ljglaw.com
GREGORY J. PETERSON
State Bar No. 24057580
Justin@ljglaw.com
10100 Reunion Place, Suite 800
San Antonio, Texas 78216
Telephone: (210) 340-9800
Facsimile: (210) 340-9888

ATTORNEYS FOR DEFENDANTS,
JOSE SANTOS SALAS ROBLES AND
JOSE ROBERTO RUBALCAVA CASTILLO